# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DENNIS JUNG, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS USA, INC., <br> Defendant. | Case No. 2:17-cv-03664-WJM-MF <br><br><br><br><br> JURY TRIAL DEMANDED |
| ROBERT MONTANYE, JASON SABER, JIM and JENI ONEY, h/w, and KELLEY HAGGARD, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LG ELECTRONICS USA, INC., <br> Defendant. | Case No. 2:17-cv-05882-WJM-MF <br><br><br><br><br><br> JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE AND TO APPOINT CHIMICLES & TIKELLIS LLP AND WOLF HALDENSTEIN ADLER FREEMAN & HERZ AS INTERIM CO-CLASS COUNSEL FOR PLAINTIFFS**

THIS MATTER having been jointly opened to the Court by Chimicles & Tikellis LLP and Wolf Haldenstein Adler Freeman & Herz LLP, in the presence of

1

all counsel of record, and the Court having read the papers, and on notice to counsel for Defendant LG Electronics USA, Inc., and for good cause appearing, IT IS ORDERED that the motion is GRANTED as set forth below:

1. It appearing that the above two actions involve common questions of law and fact, the Court hereby grants the motion for consolidation and the consolidated action will be hereafter referred to as

**In re: LG Refrigerators Consumer Class Action**

2. The Court hereby appoints Chimicles & Tikellis LLP and Wolf Haldenstein Adler Freeman & Herz LLP as Interim Co-Class Counsel to act on behalf of the Plaintiffs and the putative Class with the responsibilities set forth below:

    a. Determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of the Plaintiffs on all matters arising during pretrial proceedings;

    b. Coordinate the initiation and conduct of discovery on behalf of Plaintiffs and the putative Class consistent with the requirements of the Federal Rules of Civil Procedure;

    c. Convene meetings amongst counsel;

    d. Conduct settlement negotiations on behalf of Plaintiffs and the putative Class;

    e. Delegate specific tasks to other counsel in a manner to ensure that pretrial preparation for Plaintiffs and the putative Class is conducted efficiently and effectively;

    f.    Negotiate and enter into stipulations with opposing counsel as necessary for the conduct and efficient advancement of the litigation;

    g.    Monitor the activities of all counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided;

    h.    Perform such other duties as may be incidental to the proper coordination of Plaintiffs' pretrial activities or authorized by further order of the court;

    i.    Serve as the primary contact for communications between the Court and other Plaintiffs' counsel;

    j.    Ensure that all notices, orders, and material communications are properly distributed (to the extent that they are not otherwise served on Plaintiffs' Counsel *via* the Court's electronic filing system);

    k.    Communicate with defense counsel as necessary to promote the efficient advancement of this litigation; and

    l.    Make available to other plaintiffs' counsel documents produced by the defendant.

3.    Hereafter, papers need only be filed in Civil Action No. Case No. 2:17 cv-03664-WJM-MF;

4.    The caption for the Consolidated Action shall be:

| IN RE LG REFRIGERATORS CONSUMER CLASS ACTION | ) ) ) | CONSOLIDATED 2:17-cv-03664-WJM-MF |
|---|---|---|

5.    It is FURTHER ORDERED that, unless otherwise ordered by the Court upon a showing of good cause, all subsequently filed actions relating to the subject matter at issue in this lawsuit shall be consolidated herewith. This Order

3

shall also apply to any action filed in, transferred to, or removed to this Court which relates to the subject matter at issue in this case.

Dated: __10/19__, 2017

SO ORDERED

_____
Hon. William J. Martini
United States District Court
District of New Jersey

**MARK FALK**
**U.S. Magistrate Judge**